FILED
2026 Oct-05 PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **DAMIAN CASON, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GEBRUEDER KNAUF VERWALTUNGSGESCELLSCHAFT KG, *et al.*,**<br><br>**Defendants.** | ) | **Case No: 5:14-cv-2204-LCB** |

## MEMORANDUM

The parties have filed a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 91). Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, receiverships, or any applicable federal statute. FED. R. CIV. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and

dismisses the case upon proper filing).

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this October 5, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE